IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00282-PAB-NYW

PERLA CRYSTAL TORRES, a citizen of Texas, individually and as Personal Representative of Jason Torres, and
K.A.T., a citizen of Texas and a minor, by and through her mother and next friend, Perla Crystal Torres,

    Plaintiffs,

v.

GENERAL MOTORS LLC and
CHANCE WILLARD,

    Defendants.

___

## MINUTE ORDER
___

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal Without Prejudice [Docket No. 34].

    Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant). Plaintiff and defendant General Motors LLC stipulate to dismissal of the case as to General Motors LLC without prejudice. Therefore, the case was dismissed without prejudice as to General Motors LLC only as of the entry of the Joint Stipulation of Dismissal Without Prejudice [Docket No. 34]. No order of dismissal is necessary.

    DATED March 18, 2019.